149 So. 926

**Jim RICKETTS v. CITY OF HUNTSVILLE.**

8 Div. 804.

Court of Appeals of Alabama.
May 18, 1933.

PER CURIAM.

Appeal dismissed for want of prosecution.

149 So. 926

**Jim RICKETTS v. CITY OF HUNTSVILLE.**

8 Div. 803.

Court of Appeals of Alabama.
May 18, 1933.

PER CURIAM.

Appeal dismissed for want of prosecution.

145 So. 924

**John RICKETTS v. CITY OF HUNTSVILLE.**

8 Div. 674.

Court of Appeals of Alabama.
Jan. 19, 1933.

PER CURIAM.

Appeal dismissed for want of prosecution.

146 So. 924

**John RICKETTS, Hattie Ricketts, and Perry Horton v. STATE.**

8 Div. 703.

Court of Appeals of Alabama.
March 7, 1933.

SAMFORD, Judge.
Affirmed.

139 So. 922

**Pet RIGGINS and Jesse Riggins v. STATE.**

8 Div. 441, 442.

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Affirmed.

139 So. 922

**Pet RIGGINS and Jesse Riggins v. STATE.**

8 Div. 439, 440.

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.

142 So. 925

**Jeanette RILEY v. STATE.**

I Div. 81.

Court of Appeals of Alabama.
May 24, 1932.

RICE, J.
Appeal dismissed.

142 So. 925

**Jeannette RILEY v. STATE.**

I Div. 80.

Court of Appeals of Alabama.
May 24, 1932.

SAMFORD, J.
Appeal dismissed.